[No. 15127-8-II. Division Two. May 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KARI MAE
BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 90-1-00185-7, James B. Sawyer II, J.,

entered April 29, 1991. *Reversed* by unpublished per curiam opinion.